# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JOSEPH KUBICEK |
| **Case Number:** | 18-21222-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 18, 2018  11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/23/18 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#19 - Final Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #:  19 / 0

### *Appearances:*

K. Steidl

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _3/7/19_ at _11:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/11/2018  1:33:16PM