# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

  Debtor: JOSEPH KUBICEK
  Case Number: 18-21222-JAD        Chapter: 13
  Date / Time / Room: THURSDAY, MARCH 07, 2019 11:00 AM   3251 US STEEL
  Hearing Officer: CHAPTER 13 TRUSTEE

FILED
3/7/19 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#19 - Continued Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #:  19 / 0

**_Appearances:_**

  Debtor: J. Steidl
  Trustee: Winnecour / Pail / Katz / DeSimone
  Creditor:

*Handwritten notes:* LMP pending. Also need 2016 & 2017 state returns filed.

**_Proceedings:_**

  Outcome:

  1. _____ Case Converted to Chapter 7
  2. _____ Case Converted to Chapter 11
  3. _____ Case Dismissed without Prejudice
  4. _____ Case Dismissed with Prejudice
  5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
  6. _____ The plan payment/term is increased/extended to _____, effective _____.
  7. ✓ Plan/Motion continued to  6/27/19  1:30 pm
  8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.
  9. _____ Contested Hearing: _____ at _____.
  10. _____ Other:

2/28/2019   9:50:44AM