IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21222 JAD |
| Joseph Kubicek, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Joseph Kubicek, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Cenlar FSB, | : | |
| Respondent | : | |

### ORDER OF COURT

A *Loss Mitigation Order* dated May 31, 2018, was entered in the above matter at Document No. 34. On March 21, 2019, a ***Fifth Motion to Extend the Loss Mitigation Period*** was filed by Debtor at Document No. 63.

*AND NOW*, this 2nd day of April, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* May 2, 20 19.

_____ sjk
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
4/2/19 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                                          Case No. 18-21222-JAD
Joseph Kubicek                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam                  Page 1 of 1                 Date Rcvd: Apr 02, 2019
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
db             +Joseph Kubicek,    212 Gotham Lane,    Monroeville, PA 15146-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    CENLAR FSB pawb@fedphe.com
              Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenneth M. Steinberg    on behalf of Debtor Joseph  Kubicek julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9