IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :    Bankruptcy No. 18-21222 JAD
    Joseph Kubicek,                       :    Chapter 13
        Debtor                     :
                                          :
    Joseph Kubicek,                       :
        Movant                     :
                                          :    Related to Doc. #67
    v.                                    :
                                          :
    Cenlar FSB,                           :
        Respondent                 :

## ORDER OF COURT

AND NOW, to wit, this _____7th_____ day of _____May_____, 2019, it is
hereby ORDERED, ADJUDGED, and DECREED, that a Status Conference shall be held
on _____June 26, 2019_____, 2019 at _____10 : 00 a.m.____ o'clock in
Courtroom D, 54th Floor U. S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  A
representative of the Debtor and a Representative of Phelan Hallinan Diamond & Jones,
LLP is hereby ordered to attend this Status Conference.

_____

Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
5/7/19 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-21222-JAD
Joseph Kubicek                                                  Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam          Page 1 of 1          Date Rcvd: May 07, 2019
                              Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Joseph Kubicek,    212 Gotham Lane,    Monroeville, PA 15146-4716
14860567       +CENLAR FSB,    BK Department, 425 PHILLIPS BLVD.,     EWING NJ 08618-1430
14801616        Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14815784*       Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
          Jerome B. Blank   on behalf of Creditor    CENLAR FSB pawb@fedphe.com
          Jerome B. Blank   on behalf of Creditor    Cenlar FSB pawb@fedphe.com
          Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          Kenneth M. Steinberg    on behalf of Debtor Joseph  Kubicek julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
          dl-steinberg.com
          Keri P. Ebeck   on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Mario J. Hanyon   on behalf of Creditor    Cenlar FSB pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 9