IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21222 JAD |
| Joseph Kubicek, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 70 |
| Joseph Kubicek, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Cenlar FSB, | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 10, 2019, a true and correct copy of the *Order of Court dated May 7, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Jerome B. Blank
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

Joseph Kubicek
212 Gotham Lane
Monroeville, Pa 15146

Cenlar FSB
425 Phillips Blvd.
Ewing NJ 08618-1430

Date of Service: May 10, 2019

/s/ Kenneth M. Steinberg_____
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244