# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** JOSEPH KUBICEK
**Case Number:** 18-21222-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 27, 2019 01:30 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/2/19 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#19 - Continued Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #: 19 / 0

*Appearances:*

Debtor:                    J. Steidl
Trustee: Winnecour / (Pail) Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 10/24/19 at 2:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/20/2019   9:19:05AM