IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **JOSEPH KUBICEK** | : | Bankruptcy No. 18-21222-JAD |
| Debtor. | : | Chapter 13 |
| ─────────────────────X | | |
| RONDA J. WINNCOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant, | : | |
| v. | : | Related To Doc. No. 73 |
| CENLAR, FSB, | : | |
| Respondent. | : | |
| ─────────────────────X | | |

## ORDER CANCELLING / RESCHEDULING HEARING

**AND NOW**, this **2nd** day of **August**, 2019, it is **HEREBY ORDERED** that the continued hearing regarding **Doc. No. 73 – Motion To Preclude Postpetition Mortgage Fees, Expenses And Charges** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for Wednesday, August 7, 2019, **IS CANCELLED AND RESCHEDULED TO WEDNESDAY, SEPTEMBER 4, 2019**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____  mas
Jeffery A. Deller
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Joseph Kubicek
Kenneth M. Steinberg, Esquire
Jodi L. Hause, Esquire
Ronda J. Winnecour, Esquire
Office of the United States Trustee

FILED
8/2/19 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21222-JAD
Joseph Kubicek                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: msch              Page 1 of 1            Date Rcvd: Aug 02, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
db             +Joseph Kubicek,   212 Gotham Lane,   Monroeville, PA 15146-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              James  Warmbrodt     on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              Jerome B. Blank     on behalf of Creditor     CENLAR FSB pawb@fedphe.com
              Jerome B. Blank     on behalf of Creditor     Cenlar FSB pawb@fedphe.com
              Jodi L. Hause     on behalf of Creditor    Cenlar FSB jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph Jasper Swartz     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenneth M. Steinberg     on behalf of Debtor Joseph  Kubicek julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon     on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11