IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21222 JAD |
|     Joseph Kubicek, | : | Chapter 13 |
|         Debtor | : | |
| | : | Related to Docket No. 87 |
|     Joseph Kubicek, | : | |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
|     Cenlar FSB, | : | |
|         Respondent | : | |

**CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 21, 2019

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

EXECUTED ON:

Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

By: /s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244

**PAWB Local Form 7 (07/13)**