# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JOSEPH KUBICEK |
| **Case Number:** | 18-21222-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 24, 2019  02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

2019 OCT 28 A 3: 39

### Matter:

#19 - Continued Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #:  19 / 0

### Appearances:

Lamb

Debtor:
Trustee:  Winnecour / Pail / Katz / DeSimone

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 3/12/20 at 2:00.
8. _____ An Amended Plan is to be served on all cred. and certificate of service filed by _____.
   Objections are due on or before _____ _____.
   A hearing on the Amended Plan is set _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/15/2019  4:32:21PM