IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21222 JAD |
| Joseph Kubicek, | : | Chapter 13 |
| Debtor | : | |
| | : | Hearing Date and Time |
| Joseph Kubicek, | : | March 4, 2020 at 11:00am |
| Movant | : | |
| | : | Related to Docket No. 102,103 |
| v. | : | |
| | : | |
| Cenlar FSB, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH CENLAR FSB OBTAINED THROUGH THE LOSS MITIGATION PROGRAM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to approve Permanent Loan Modification with Cenlar FSB filed on January 20, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to approve Permanent Loan Modification with Cenlar FSB appears thereon. Pursuant to the Notice of Hearing, objections for Motion to approve Permanent Loan Modification with Cenlar FSB to be filed and served no later than February 6, 2020.

It is hereby respectfully requested that the Order attached to the Motion to approve Permanent Loan Modification with Cenlar FSB be entered by the Court.

Respectfully submitted,

February 7, 2020
Date

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244