IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21222 JAD |
| Joseph Kubicek, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Joseph Kubicek, | : | |
| Movant | : | Related to Doc. #102 |
| | : | |
| v. | : | |
| | : | |
| | : | **DEFAULT O/E JAD** |
| Cenlar FSB, | : | |
| Respondent | : | |

## ORDER OF COURT

**AND NOW,** this **27th** day of **February**, 20**20**, it is hereby **ORDERED**, **ADJUDGED** *and DECREED* that this Court approves the loan modification between the Debtor, Joseph Kubicek and the mortgage company, Cenlar FSB, the terms of which are as follows:

a)  The new balance owed is $55,457.36.
b)  The interest rate is now 8.875%.
c)  The monthly mortgage payment is $869.34.
d)  The Maturity date is December 1, 2059 effective January 1, 2020.
e)  The Mortgage arrears are now $0.00.

It is further ordered that an amended plan shall be filed within thirty days of the date of this order that incorporates the terms of the loan modification described above.

_____ sjk
Jeffery A. Deller, U.S.B.J.

FILED
2/27/20 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 47 (04/14)                                                                                                  Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph Kubicek
     Debtor

Case No. 18-21222-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: dkam   Page 1 of 1   Date Rcvd: Feb 27, 2020
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
db         +Joseph Kubicek,   212 Gotham Lane,   Monroeville, PA 15146-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor   Cenlar FSB pawb@fedphe.com
         James Warmbrodt   on behalf of Creditor   Cenlar FSB bkgroup@kmllawgroup.com
         Jerome B. Blank   on behalf of Creditor   CENLAR FSB pawb@fedphe.com
         Jerome B. Blank   on behalf of Creditor   Cenlar FSB pawb@fedphe.com
         Jodi L. Hause   on behalf of Creditor   Cenlar FSB jodi.hause@phelanhallinan.com, pawb@fedphe.com
         Joseph Jasper Swartz   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
         Kenneth M. Steinberg   on behalf of Debtor Joseph Kubicek julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Mario J. Hanyon   on behalf of Creditor   Cenlar FSB pawb@fedphe.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Robert Davidow   on behalf of Creditor   Cenlar FSB robert.davidow@phelanhallinan.com
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         Thomas Song   on behalf of Creditor   Cenlar FSB pawb@fedphe.com
                                                              TOTAL: 13