# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** JOSEPH KUBICEK
- **Case Number:** 18-21222-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 12, 2020 02:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/19/20 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#19 - Continued Confirmation of Plan Dated 4/13/2018 (NFC)
R / M #:  19 / 0

### *Appearances:*

- **Debtor:** A. Steidl
- **Trustee:** Winnecour / Pail / Katz / DeSimone
- **Creditor:**

*Loan mod just granted awaiting amended plan*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ___✓___ An Amended Plan is to be served on all creditors and certificate of service filed by __4/1/20__
   Objections are due on or before __5/1/20__.
   A hearing on the Amended Plan is set for __5/21/20__ at __9:30 AM__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: