**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:    Bankruptcy Case No.: 18–21222–JAD
Issued Per 3/12/2020 Proceeding
Chapter: 13
Docket No.: 109 – 19
Conciliation Conference Date: 5/21/20 at 09:30 AM

**Joseph Kubicek**
  Debtor(s)

### **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
                    (Date)                                                                    (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 18-21222-JAD
Joseph Kubicek                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch             Page 1 of 1             Date Rcvd: Mar 19, 2020
                            Form ID: 150           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db             +Joseph Kubicek,    212 Gotham Lane,    Monroeville, PA 15146-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              James Warmbrodt     on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    CENLAR FSB pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              Jodi L. Hause     on behalf of Creditor    Cenlar FSB jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph Jasper Swartz     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenneth M. Steinberg     on behalf of Debtor Joseph  Kubicek julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon     on behalf of Creditor    Cenlar FSB pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Davidow     on behalf of Creditor    Cenlar FSB robert.davidow@phelanhallinan.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Cenlar FSB pawb@fedphe.com
                                                                                             TOTAL: 13