# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| JOSEPH KUBICEK, | : | |
| | : | DOCKET NO.: 18-21222-JAD |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | CERTIFICATE OF SERVICE |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | MAY 21, 2020, at 9:30 A.M. |
| v. | : | |
| | : | |
| JOSEPH KUBICEK, | : | |
| | : | RELATED TO DOCKET NO.: 120 |
| RESPONDENT | : | |

## CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT OF REVENUE'S WITHDRAWAL OF OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Amended Chapter 13 Plan filed May 11, 2020, on the parties at the below addresses, on May 12, 2020 by:

**18-21222-JAD Notice will be electronically mailed to:**
Jerome B. Blank on behalf of Creditor CENLAR FSB
pawb@fedphe.com

Jerome B. Blank on behalf of Creditor Cenlar FSB
pawb@fedphe.com

Robert Davidow on behalf of Creditor Cenlar FSB
robert.davidow@phelanhallinan.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mario J. Hanyon on behalf of Creditor Cenlar FSB
pawb@fedphe.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor CENLAR FSB
pawb@fedphe.com

Thomas Song on behalf of Creditor Cenlar FSB
pawb@fedphe.com

Andrew L. Spivack on behalf of Creditor Cenlar FSB
pawb@fedphe.com

Kenneth M. Steinberg on behalf of Debtor Joseph Kubicek
julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Joseph Jasper Swartz on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

James Warmbrodt on behalf of Creditor Cenlar FSB
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**18-21222-JAD Notice will not be electronically mailed to:**
N/A

Date:  May 12, 2020                                        Respectfully submitted,


                                                  By:    */s/ Joseph J. Swartz*
                                                         Joseph J. Swartz
                                                         Counsel
                                                         PA Department of Revenue
                                                         Office of Chief Counsel
                                                         P.O. Box 281061
                                                         Harrisburg, PA 17128-1061
                                                         PA Attorney I.D.:  309233
                                                         Phone: (717) 346-4645
                                                         Facsimile: (717) 772-1459
                                                         Email: JoseSwartz@pa.gov