**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JOSEPH KUBICEK<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>JOSEPH KUBICEK<br><br><br>         Respondents | Case No. 18-21222JAD<br><br><br>Chapter 13<br><br>Related to<br>Document No. __131__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __1st__ day of __February__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Lyft<br>
Attn: Payroll Manager<br>
2300 Harrison St<br>
San Francisco, CA 94110

is hereby ordered to immediately terminate the attachment of the wages of JOSEPH KUBICEK, social security number XXX-XX-3534. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOSEPH KUBICEK.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
2/1/22 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 18-21222-JAD
Joseph Kubicek   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Feb 01, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Kubicek, 212 Gotham Lane, Monroeville, PA 15146-4716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Cenlar FSB andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Cenlar FSB djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jerome B. Blank | on behalf of Creditor CENLAR FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 1

Kenneth M. Steinberg
    on behalf of Debtor Joseph Kubicek julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Cenlar FSB wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Cenlar FSB robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Cenlar FSB pawb@fedphe.com

Thomas Song
    on behalf of Creditor CENLAR FSB pawb@fedphe.com


TOTAL: 14