**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH KUBICEK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-21222 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 24, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/29/2018 and confirmed on 6/29/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,500.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,297.50 | |
|   Trustee Fee | 4,141.95 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,439.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4441 | | | | |
|   PHFA/HEMAP | 0.00 | 6,250.00 | 0.00 | 6,250.00 |
|     Acct: 4901 | | | | |
|   CENLAR FSB** | 21,018.08 | 21,018.08 | 0.00 | 21,018.08 |
|     Acct: 4441 | | | | |
|   CENLAR FSB** | 0.00 | 24,687.64 | 0.00 | 24,687.64 |
|     Acct: 4441 | | | | |
|   PHFA/HEMAP | 2,900.00 | 2,900.00 | 0.00 | 2,900.00 |
|     Acct: 4901 | | | | |
|   CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4441 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9181 | | | | |
|   PA DEPARTMENT OF REVENUE* | 7,915.78 | 7,915.78 | 369.79 | 8,285.57 |
|     Acct: 3534 | | | | |
| | | | | 63,141.29 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH KUBICEK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 297.50 | 297.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/22 | | | | |
|   INTERNAL REVENUE SERVICE* | 80.00 | 80.00 | 0.00 | 80.00 |
|     Acct: 3534 | | | | |
|   GATEWAY SD & MUNIC OF MONROEVILLE | 592.00 | 592.00 | 0.00 | 592.00 |
|     Acct: 5361 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3534 | | | | |
| CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4441 | | | | |
| CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4441 | | | | |
| | | | | 672.00 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 2,482.29 | 2,482.29 | 0.00 | 2,482.29 |
| Acct: 2258 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1310 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7859 | | | | |
| UNITED CONCORDIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8953 | | | | |
| UPMC HEALTH SERVICES | 150.00 | 150.00 | 0.00 | 150.00 |
| Acct: 3534 | | | | |
| XFINITY CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8535 | | | | |
| INTERNAL REVENUE SERVICE* | 15,614.97 | 15,614.97 | 0.00 | 15,614.97 |
| Acct: 3534 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,247.26 |
| **TOTAL PAID TO CREDITORS** | | | | 82,060.55 |

TOTAL CLAIMED
PRIORITY        672.00
SECURED      31,833.86
UNSECURED    18,247.26

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH KUBICEK

     Debtor(s)

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Case No.:18-21222 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 18-21222-JAD
Joseph Kubicek  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Aug 29, 2022     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Kubicek, 212 Gotham Lane, Monroeville, PA 15146-4716 |
| 14815787 | + | John Weinstein, Allegheny County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14815788 | + | Monroeville/Gateway School Distrcit, 2700 Monroeville Boulevard, Monroeville, PA 15146-2359 |
| 14815789 | | PA Department of Revenue, Bureau of Individual Taxes, PO Box 28121, Harrisburg, PA 17128-1210 |
| 14801618 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14815793 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14815795 | + | UPMC Services, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14815794 | + | United Concordia, PO Box 827399, Philadelphia, PA 19182-0001 |
| 14815796 | + | Xfinity Communications, PO Box 21129, Saint Paul, MN 55121-0129 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14860567 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 29 2022 23:33:00 | CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618 |
| 14801616 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 29 2022 23:33:00 | Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14855158 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 29 2022 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14815785 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 29 2022 23:33:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14801617 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2022 23:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857929 | | Email/Text: blegal@phfa.org | Aug 29 2022 23:33:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14801619 | + | Email/Text: blegal@phfa.org | Aug 29 2022 23:33:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14815792 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 29 2022 23:33:00 | PNC Bank, 725 Canton Street, Norwood, MA 02062-2679 |
| 14819143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2022 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14850217 | ^ | MEBN | Aug 29 2022 23:30:16 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

Case 18-21222-JAD   Doc 146   Filed 08/31/22   Entered 09/01/22 00:25:17   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 19 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB |
| cr | | Cenlar FSB |
| cr | | PA Dept of Revenue |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14815784 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14815786 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14815791 | *+ | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14815790 | * | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Cenlar FSB andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Joseph Kubicek chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Daniel Philip Jones | on behalf of Creditor Cenlar FSB djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jerome B. Blank | on behalf of Creditor Cenlar FSB pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor CENLAR FSB pawb@fedphe.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Cenlar FSB wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 19

Robert Davidow
    on behalf of Creditor Cenlar FSB robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Cenlar FSB pawb@fedphe.com

Thomas Song
    on behalf of Creditor CENLAR FSB pawb@fedphe.com

TOTAL: 14