**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

DEFAULT O/E JAD

| | |
|---|---|
| IN RE:<br>JOSEPH KUBICEK<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:18-21222 JAD<br><br>Chapter 13<br><br>Document No.: 143 |

FILED
1/17/23 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this 17th day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21222-JAD
Joseph Kubicek     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jan 17, 2023     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Kubicek, 212 Gotham Lane, Monroeville, PA 15146-4716 |
| 14815787 | + | John Weinstein, Allegheny County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14815788 | + | Monroeville/Gateway School Distrcit, 2700 Monroeville Boulevard, Monroeville, PA 15146-2359 |
| 14815789 | | PA Department of Revenue, Bureau of Individual Taxes, PO Box 28121, Harrisburg, PA 17128-1210 |
| 14801618 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14815793 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14815795 | + | UPMC Services, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14815794 | + | United Concordia, PO Box 827399, Philadelphia, PA 19182-0001 |
| 14815796 | + | Xfinity Communications, PO Box 21129, Saint Paul, MN 55121-0129 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jan 18 2023 04:12:00 | PHFA/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14860567 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 18 2023 04:11:00 | CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618 |
| 14801616 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 18 2023 04:11:00 | Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14855158 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 18 2023 04:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14815785 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 18 2023 04:12:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14801617 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2023 04:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857929 | | Email/Text: blegal@phfa.org | Jan 18 2023 04:12:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14801619 | + | Email/Text: blegal@phfa.org | Jan 18 2023 04:12:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14815792 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 18 2023 04:12:00 | PNC Bank, 725 Canton Street, Norwood, MA 02062-2679 |
| 14819143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2023 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14850217 | ^ | MEBN | Jan 18 2023 04:09:07 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 20 |
| TOTAL: 11 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB |
| cr | | Cenlar FSB |
| cr | | PA Dept of Revenue |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14815784 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14815786 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14815791 | *+ | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14815790 | * | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Cenlar FSB andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Joseph Kubicek chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Daniel Philip Jones | on behalf of Creditor Cenlar FSB djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jerome B. Blank | on behalf of Creditor Cenlar FSB jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor CENLAR FSB jblank@pincuslaw.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Leon P. Haller | on behalf of Creditor PHFA/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 20 |

Mario J. Hanyon
    on behalf of Creditor Cenlar FSB wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Cenlar FSB robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Cenlar FSB pawb@fedphe.com

Thomas Song
    on behalf of Creditor CENLAR FSB pawb@fedphe.com

TOTAL: 15